# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2019

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Pillard, Cornelia T. | U.S. Court of Appeals for the District of Columbia Circuit | 05/22/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2019 **to** 12/31/2019 |

**7. Chambers or Office Address**

Chambers of the Hon. Cornelia T.L. Pillard
United States Court of Appeals for the District of Columbia Circuit
333 Constitution Ave. N.W.
Washington, DC 20001

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board member | Equal Justice Works |
| 2. President | Edward Coke Inn of Court |
| 3. Adjunct Professor | Georgetown Law University Center |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pillard, Cornelia T. | 05/22/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 12/20/2019 | Georgetown Law University Center, teaching stipend | $15,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | American Civil Liberties Union -- legal director salary |
| 2. 2019 | The New York Review of Books -- freelance writer fees |
| 3. 2019 | The Nation -- freelance writer fees |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Equal Justice Works | Feb. 21-23, 2019 | San Francisco, CA | Board of directors meeting | Travel, lodging and meals |
| 2. | University of Hawaii | Feb. 23-March 4, 2019 | Honolulu, HI | Lecture | Travel and lodging |
| 3. | Equal Justice Works | June 20-21, 2019 | New York, NY | Board of directors meeting | Travel, lodging and meals |
| 4. | Berkeley Law School | Sept. 22-25, 2019 | Berkeley, CA | Jurist in residence program | Travel, lodging and meals |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pillard, Cornelia T. | 05/22/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pillard, Cornelia T. | 05/22/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. American Century Ultra Fund Mutual Fund | C | Int./Div. | L | T | Buy<br>(add'l) | 12/17/19 | J | | |
| 2. Blackrock Muniassets Fund Mutual Fund | C | Int./Div. | L | T | Buy<br>(add'l) | 12/17/19 | K | | |
| 3. Cohen & Steers Institutional Realty Mutual Fund | D | Int./Div. | L | T | Buy<br>(add'l) | 12/17/19 | J | | |
| 4. Cohen & Steers Realty Focus Mutual Fund | D | Int./Div. | M | T | Sold<br>(part) | 12/17/19 | J | A | |
| 5. Ishares JP Morgan Emerging MKTS Bond ETF | B | Int./Div. | L | T | Buy<br>(add'l) | 12/17/19 | J | | |
| 6. Ishares MSCI EAFE Index Fund ETF | A | Int./Div. | K | T | Buy<br>(add'l) | 12/17/19 | J | | |
| 7. Ishares Russell 1000 Growth Fund ETF | B | Int./Div. | M | T | | | | | |
| 8. Ishares Russell 1000 Value ETF | D | Int./Div. | M | T | Sold<br>(part) | 12/17/19 | J | B | |
| 9. Ishares Russell Mid Cap Index Fund ETF | A | Int./Div. | L | T | Sold<br>(part) | 12/17/19 | J | C | |
| 10. Ishares S&P Midcap 400 Growth Fund ETF | C | Int./Div. | M | T | Buy<br>(add'l) | 02/07/19 | J | | |
| 11. | | | | | Sold<br>(part) | 03/27/19 | J | A | |
| 12. | | | | | Sold<br>(part) | 12/17/19 | J | B | |
| 13. Ishares S&P Midcap 400 Value Index Fund ETF | C | Int./Div. | M | T | Buy<br>(add'l) | 02/07/19 | K | | |
| 14. | | | | | Buy<br>(add'l) | 03/27/19 | J | | |
| 15. Ishares S&P National AMT Free Muni Bond Fund ETF | C | Int./Div. | M | T | Sold<br>(part) | 12/17/19 | J | A | |
| 16. Ishares S&P Small Cap 600 Growth Fund ETF | A | Int./Div. | L | T | Buy<br>(add'l) | 02/07/19 | K | | |
| 17. | | | | | Buy<br>(add'l) | 03/27/19 | J | | |

---

1 Income Gain Codes:  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
(See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2 Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
(See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3 Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
(See Column C2)  U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Pillard, Cornelia T. | 05/22/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | | | | | Sold<br>(part) | 12/17/19 | J | B | |
| 19. Ishares S&P Small Cap 600 Value Fund ETF | B | Int./Div. | L | T | Buy<br>(add'l) | 02/07/19 | K | | |
| 20. | | | | | Buy<br>(add'l) | 03/27/19 | J | | |
| 21. | | | | | Sold<br>(part) | 12/17/19 | J | A | |
| 22. Ishares U.S. Preferred Stock ETF | C | Int./Div. | L | T | Buy<br>(add'l) | 12/17/19 | J | | |
| 23. Janus Investment Mutual Fund | D | Int./Div. | L | T | Sold<br>(part) | 12/17/19 | J | A | |
| 24. Pimco 1-5 Year U.S. Tips Index Fund | A | Int./Div. | L | T | Buy<br>(add'l) | 12/17/19 | J | | |
| 25. Royce Total Return Mutual Fund | C | Int./Div. | K | T | | | | | |
| 26. SPDR Barclays High Yield Bond Fund ETF | A | Int./Div. | | | Sold<br>(part) | 02/07/19 | J | A | |
| 27. | | | | | Sold | 03/27/19 | J | A | |
| 28. SPDR Barclays Short Term High Yield Fund ETF | C | Int./Div. | L | T | Buy<br>(add'l) | 02/07/19 | J | | |
| 29. | | | | | Buy<br>(add'l) | 03/27/19 | J | | |
| 30. SPDR Consumer Discretionary Select Sector Fund ETF | A | Int./Div. | K | T | Sold<br>(part) | 02/07/19 | J | D | |
| 31. | | | | | Sold<br>(part) | 03/27/19 | J | C | |
| 32. SPDR Consumer Staples Select Sector Fund ETF | A | Int./Div. | | | Sold<br>(part) | 02/07/19 | J | A | |
| 33. | | | | | Sold | 03/27/19 | J | A | |
| 34. SPDR Energy Select Sector Fund ETF | A | Int./Div. | | | Buy<br>(add'l) | 02/07/19 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pillard, Cornelia T. | 05/22/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 03/27/19 | K | | |
| 36. | | | | | Sold (part) | 04/03/19 | J | A | |
| 37. | | | | | Sold | 04/23/19 | K | B | |
| 38. SPDR Euro Stoxx 50 ETF | B | Int./Div. | L | T | Sold (part) | 12/17/19 | J | A | |
| 39. SPDR Financial Select Sector Fund ETF | A | Int./Div. | K | T | Sold (part) | 02/07/19 | J | C | |
| 40. | | | | | Sold (part) | 03/27/19 | J | B | |
| 41. SPDR Health Care Select Sector Fund ETF | A | Int./Div. | L | T | Sold (part) | 02/07/19 | J | C | |
| 42. | | | | | Sold (part) | 03/27/19 | J | B | |
| 43. SPDR Industrial Select Sector Fund ETF | A | Int./Div. | K | T | Buy (add'l) | 02/07/19 | J | | |
| 44. | | | | | Buy (add'l) | 03/27/19 | J | | |
| 45. SDPR Materials Select Sector Fund ETF | A | Int./Div. | | | Sold (part) | 02/07/19 | J | A | |
| 46. | | | | | Sold | 03/27/19 | J | A | |
| 47. SPDR S&P Dividend ETF | B | Int./Div. | L | T | Sold (part) | 12/17/19 | J | A | |
| 48. SPDR Technology Select Sector Fund ETF | A | Int./Div. | L | T | Sold (part) | 02/07/19 | K | D | |
| 49. | | | | | Sold (part) | 03/27/19 | J | D | |
| 50. T Rowe Price New Asia Mutual Fund | A | Int./Div. | K | T | | | | | |
| 51. T Rowe Price Spectrum Income Mutual Fund | C | Int./Div. | L | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pillard, Cornelia T. | 05/22/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | Vanguard Emerging Markets Stock Index Fund ETF | D | Int./Div. | M | T | Buy (add'l) | 02/07/19 | J | | |
| 53. | | | | | | Buy (add'l) | 03/27/19 | J | | |
| 54. | | | | | | Buy (add'l) | 12/17/19 | J | | |
| 55. | Vanguard FTSE Developed Markets Fund ETF | D | Int./Div. | M | T | Buy (add'l) | 02/07/19 | J | | |
| 56. | | | | | | Buy (add'l) | 03/27/19 | J | | |
| 57. | Vanguard Reit Index Fund ETF | B | Int./Div. | L | T | Buy (add'l) | 02/07/19 | J | | |
| 58. | | | | | | Buy (add'l) | 03/27/19 | J | | |
| 59. | Wisdomtree Emerging Mkts ETF | C | Int./Div. | L | T | Sold (part) | 12/17/19 | J | B | |
| 60. | | | | | | Buy (add'l) | 12/17/19 | J | | |
| 61. | Wisdomtree Managed Futures Strategy Fund | A | Int./Div. | J | T | Sold (part) | 12/17/19 | K | B | |
| 62. | Wisdomtree Total Dividend Fund ETF | B | Int./Div. | L | T | | | | | |
| 63. | iShares Core U.S. Aggregate Bond ETF | C | Int./Div. | M | T | Sold (part) | 02/07/19 | K | A | |
| 64. | | | | | | Sold (part) | 03/27/19 | K | A | |
| 65. | Powershares Global ETF | B | Int./Div. | K | T | Buy (add'l) | 02/07/19 | J | | |
| 66. | | | | | | Buy (add'l) | 03/27/19 | J | | |
| 67. | SPDR Real Estate Sector ETF | A | Int./Div. | | | Sold (part) | 02/07/19 | J | A | |
| 68. | | | | | | Sold | 03/27/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pillard, Cornelia T. | 05/22/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  iShares Core S&P Mid Cap ETF | | None | | | Sold | 02/07/19 | K | B | |
| 70.  iShares Russell 2000 ETF | | None | | | Sold | 02/07/19 | K | C | |
| 71.  SPDR Dow Jones Global Real Estate ETF | A | Int./Div. | | | Sold (part) | 02/07/19 | J | A | |
| 72. | | | | | Sold | 03/27/19 | K | A | |
| 73.  iShares Core S&P 500 ETF | C | Int./Div. | M | T | Buy (add'l) | 02/07/19 | K | | |
| 74. | | | | | Buy (add'l) | 03/27/19 | J | | |
| 75. | | | | | Buy (add'l) | 04/05/19 | J | | |
| 76. | | | | | Buy (add'l) | 04/23/19 | K | | |
| 77.  SPDR Gold Shares ETF | | None | | | Sold | 01/08/19 | K | A | |
| 78.  VanEck Vectors Natural Resources ETF | | None | L | T | Buy (add'l) | 12/17/19 | J | | |
| 79.  Invesco S&P Global Water ETF (X) | A | Int./Div. | L | T | Buy | 01/08/19 | K | | |
| 80. | | | | | Buy (add'l) | 12/17/19 | J | | |
| 81.  iShares iBoxx Investment Grade Corporate Bond ETF (X) | B | Int./Div. | L | T | Buy | 02/07/19 | K | | |
| 82. | | | | | Buy (add'l) | 03/27/19 | K | | |
| 83.  SDPR Communication Services ETF (X) | A | Int./Div. | K | T | Buy | 02/07/19 | J | | |
| 84. | | | | | Buy (add'l) | 03/27/19 | J | | |
| 85.  IRA-BDA #1 (H) | A | Distribution | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Pillard, Cornelia T.** | 05/22/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86.  --Fidelity Diversified International Mutual Fund | A | Int./Div. | J | T | | | | | |
| 87.  --Fidelity Select Technology Mutual Fund | A | Int./Div. | J | T | | | | | |
| 88.  IRA-BDA #2 (H) | A | Distribution | K | T | | | | | |
| 89.  --Fidelity Canada Mutual Fund | A | Int./Div. | J | T | | | | | |
| 90.  --Fidelity Diversified International Mutual Fund | A | Int./Div. | K | T | | | | | |
| 91.  --Fidelity Select Technology Mutual Fund | A | Int./Div. | J | T | | | | | |
| 92.  Suntrust cash accounts | A | Int./Div. | M | T | | | | | |
| 93.  Schwab Total Stock Market Fund | A | Int./Div. | J | T | | | | | |
| 94.  Vanguard Windsor II Mutual Fund | F | Int./Div. | O | T | | | | | |
| 95.  Vanguard Windsor Mutual Fund | G | Int./Div. | P1 | T | Sold (part) | 03/31/19 | O | G | |
| 96.  Fidelity Magellan Mutual Fund | D | Int./Div. | L | T | | | | | |
| 97.  Fidelity Low Priced Stock Mutual Fund | F | Int./Div. | P1 | T | | | | | |
| 98.  Schwab Emerging Markets Equity ETF | A | Int./Div. | J | T | Sold (part) | 02/26/19 | J | A | |
| 99. | | | | | Buy (add'l) | 08/01/19 | J | | |
| 100. | | | | | Buy (add'l) | 08/02/19 | J | | |
| 101.  Schwab International Equity ETF | A | Int./Div. | J | T | Buy (add'l) | 02/12/19 | J | | |
| 102. | | | | | Sold (part) | 02/26/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Pillard, Cornelia T.** | 05/22/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. | | | | | Buy<br>(add'l) | 08/01/19 | J | | |
| 104. | | | | | Buy<br>(add'l) | 08/02/19 | J | | |
| 105. | | | | | Buy<br>(add'l) | 12/18/19 | J | | |
| 106. Schwab Health Care Mutual Fund | A | Int./Div. | J | T | | | | | |
| 107. Powershares Emerging Markets ETF | A | Int./Div. | J | T | | | | | |
| 108. Schwab U.S. Broad Market ETF | A | Int./Div. | J | T | Sold<br>(part) | 02/26/19 | J | A | |
| 109. | | | | | Buy<br>(add'l) | 08/01/19 | J | | |
| 110. TIAA-CREF Lifecycle 2025 Retirement<br>Fund | B | Int./Div. | K | T | | | | | |
| 111. TIAA-CREF Large Cap Growth Fund | A | Int./Div. | J | T | | | | | |
| 112. Ameritas Principal plan Plus - DC529 | | None | J | T | | | | | |
| 113. NY 529 Moderate Age-Based Option:<br>Income Portfolio | | None | L | T | Sold<br>(part) | 11/06/19 | K | D | |
| 114. Schwab Target 2060 Index Mutual Fund | A | Int./Div. | J | T | Buy<br>(add'l) | 08/23/19 | J | | |
| 115. | | | | | Buy<br>(add'l) | 11/14/19 | J | | |
| 116. iShares U.S. Total Stock Market Index<br>Portfolio ETF | | None | L | T | | | | | |
| 117. Principal LifeTime Hybrid 2025 CIT Fund | A | Int./Div. | J | T | | | | | |
| 118. Principal Large Cap S&P 500 Index<br>Separate Account Fund (X) | A | Int./Div. | K | T | Buy<br>(add'l) | 03/31/19 | J | | |
| 119. | | | | | Buy<br>(add'l) | 06/30/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Pillard, Cornelia T.** | 05/22/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. | | | | | Buy<br>(add'l) | 09/30/19 | J | | |
| 121. | | | | | Buy<br>(add'l) | 12/31/19 | J | | |
| 122. Principal Mid Cap S&P 500 Index Separate Account Fund | B | Int./Div. | L | T | Buy<br>(add'l) | 03/31/19 | J | | |
| 123. | | | | | Buy<br>(add'l) | 06/30/19 | J | | |
| 124. | | | | | Buy<br>(add'l) | 09/30/19 | J | | |
| 125. | | | | | Buy<br>(add'l) | 12/31/19 | J | | |
| 126. Principal Small Cap S&P 600 Index SA Fund | A | Int./Div. | K | T | Buy<br>(add'l) | 03/31/19 | J | | |
| 127. | | | | | Buy<br>(add'l) | 06/30/19 | J | | |
| 128. | | | | | Buy<br>(add'l) | 09/30/19 | J | | |
| 129. | | | | | Buy<br>(add'l) | 12/31/19 | J | | |
| 130. Schwab U.S. Aggregate Bond ETF | A | Int./Div. | J | T | Sold<br>(part) | 02/26/19 | J | A | |
| 131. Fidelity Zero International Index Mutual Fund | A | Int./Div. | J | T | | | | | |
| 132. Fidelity Zero Toral Market Index Mutual Fund | A | Int./Div. | K | T | | | | | |
| 133. Principal Lifeime 2030 R3 Fund | A | Int./Div. | | | Sold | 06/30/19 | J | A | |
| 134. Fidelity Contrafund K Mutual Fund | E | Int./Div. | O | T | | | | | |
| 135. Vanguard Target 2030 Retirement Fund (X) | A | Int./Div. | K | T | Buy | 06/30/19 | J | | |
| 136. | | | | | Buy<br>(add'l) | 09/30/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pillard, Cornelia T. | 05/22/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137.  Vanguard Total Bond Market Index Fund (X) | D | Int./Div. | N | T | Buy | 03/31/19 | M | | |
| 138.  Vanguard Real Estate Index Investor Fund (X) | C | Int./Div. | M | T | Buy | 03/31/19 | M | | |
| 139.  Vanguard Total International Stock Index Fund (X) | C | Int./Div. | M | T | Buy | 03/31/19 | M | | |
| 140. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pillard, Cornelia T. | 05/22/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Cornelia T. Pillard**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544